UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DIRKSE, *et al.*,<br><br>Defendants. | No. 1:21-cv-00047-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 10) |

Plaintiff Scott Alexander Williams is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 2, 2021, the assigned magistrate judge screened plaintiff's first amended complaint and found that plaintiff stated a cognizable claim against defendants Jeff Dirkse, Bill Duncan, Scott Houston, Anthony Elliot, Maria Munoz, and Joe Crabtree, in their individual capacities, for the mail delivery protocol which results in continuous sleep deprivation. (Doc. No. 10.) The magistrate judge further recommended that all other claims and defendants be dismissed from this action based on plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 16–17.)

On June 14, 2021, plaintiff filed objections to the findings and recommendations, asking the court to reconsider its findings as to plaintiff's claim regarding his solitary confinement and

1

arguing that the lockdown conditions imposed by defendants constitutes a violation of his Fourteenth Amendment rights. (*Id.*)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 2, 2021, (Doc. No. 10), are adopted in full;
2. This action shall proceed on plaintiff's first amended complaint, filed May 3, 2021, (Doc. No. 8), against defendants Dirkse, Duncan, Houston, Elliot, Munoz, and Crabtree in their individual capacities for the mail delivery policy which allegedly results in continuous sleep deprivation being suffered by plaintiff in violation of the Fourteenth Amendment;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 12, 2021**

UNITED STATES DISTRICT JUDGE