**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DIRKSE, *et al.*,<br><br>Defendants. | Case No.  1:21-cv-00047-JLT-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER<br><br>(ECF No. 22) |

  Plaintiff Scott Alexander Williams ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Dirkse, Duncan, Houston, Elliot, Munoz, and Crabtree in their individual capacities for the mail delivery policy which allegedly results in continuous sleep deprivation being suffered by Plaintiff, in violation of the Fourteenth Amendment.

  On January 20, 2022, Defendants answered the complaint.  (ECF No. 19.)  On February 11, 2022, Plaintiff filed a response to Defendants' answer, titled "Answer to Counter-Claim."  (ECF No. 22.)

  In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer.  Fed. R. Civ. P. 7(a).  The Court has not ordered a reply to Defendants' answer and declines to make such

an order.

To the extent Plaintiff purports to file an answer to a counterclaim or crossclaim pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff is informed that Defendants have not raised any counterclaims or crossclaims in their answer. Therefore, such an answer from Plaintiff is not necessary. Plaintiff will have the opportunity to argue his position with respect to Defendants' affirmative defenses if they are raised in a later dispositive motion by Defendants.

Accordingly, Plaintiff's response to Defendants' answer, filed on February 11, 2022, (ECF No. 22), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **February 14, 2022**      /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE