UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br>　　　　　Plaintiff,<br><br>v.<br><br>JEFF DIRKSE, *et al.*,<br>　　　　　Defendants. | 1:21-cv-00047-JLT-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **SCOTT ALEXANDER WILLIAMS, NO. 1454452, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: March 31, 2022<br>TIME:  1:30 p.m. |

**Inmate Scott Alexander Williams, No. 1454452**, a necessary and material witness on his own behalf in a settlement conference in this case, is confined at the Stanislaus County Public Safety Center, 200 E. Hackett Road, Modesto, CA 95358, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Stanley A. Boone on March 31, 2022, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of the Stanislaus County Public Safety Center**

　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **March 2, 2022**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

