UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>DIRKSE, *et al.*,<br><br>             Defendants. | Case No.: 1:21-cv-00047-JLT-BAM (PC)<br><br>ORDER THAT INMATE SCOTT ALEXANDER WILLIAMS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Scott Alexander Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on March 31, 2022. Inmate Scott Alexander Williams, No. 1454452, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 31, 2022**

_____
UNITED STATES MAGISTRATE JUDGE