UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br><br>        Plaintiff,<br><br>        v.<br><br>JEFF DIRKSE, *et al.*,<br><br>        Defendants. | Case No.: 1:21-cv-00047-JLT-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

    On March 31, 2022, a settlement conference was held and the parties reached a settlement agreement.

    Accordingly, it is HEREBY ORDERED that:

    1.    All pending deadlines are VACATED; and

    2.    The parties shall file dispositional documents within fifteen days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **April 1, 2022**

                              UNITED STATES MAGISTRATE JUDGE

1