# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALEXANDER WILLIAMS,<br><br>                 Plaintiff,<br><br>        v.<br><br>DIRKSE, *et al.*,<br><br>                 Defendants. | Case No.  1:21-cv-00047-JLT-BAM (PC)<br><br>ORDER REGARDING STIPULATION OF DISMISSAL<br><br>(ECF No. 31) |

Plaintiff Scott Alexander Williams ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation and proposed order of dismissal filed by defense counsel.  (ECF No. 31.)  The stipulation is signed and dated by Plaintiff and counsel for Defendants and indicates that the parties have settled this case and request that it be dismissed with prejudice.  The terms of the settlement are as follows: Plaintiff shall be paid one dollar within two weeks of the date he signs this stipulation; Plaintiff releases all Defendants from the claims asserted in this action; Defendants do not admit any liability; and the parties bear their own costs.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:    **April 5, 2022**                            /s/ *Barbara A. McAuliffe*              
                                                                        UNITED STATES MAGISTRATE JUDGE

1